1  KELLY H. DOVE, ESQ. (Nevada Bar No. 10569)
   SNELL & WILMER L.L.P.
2  3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169
3  Telephone: 702.784.5200
   Facsimile: 702.784.5252
4  kdove@swlaw.com

5  Frank C. Cimino, Jr. (*Admitted Pro Hac Vice*)
   Megan S. Woodworth (*Admitted Pro Hac Vice*)
6  VENABLE LLP
   600 Massachusetts Ave., NW
7  Washington, D.C. 20001
   Telephone: 202.344-4569
8  Facsimile: 202.344-8300
   mswoodworth@venable.com
9  fccimino@venable.com

10 *Attorneys for Defendant Cellco Partnership
   d/b/a Verizon Wireless*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM INC., | |
| Plaintiff, | Case No. 2:16-cv-00271-RCJ-VCF |
| v. | **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, AT&T CORP.,; and DOES I through X, inclusive, | |
| Defendants. | |

///

///

///

Kelly H. Dove, Esq., of SNELL & WILMER L.L.P., hereby requests the removal of Chad Fears, Esq. from the CM/ECF Service List because Mr. Fears left the law firm of Snell and Wilmer L.L.P. on March 24, 2017; therefore, he no longer represents Cellco Partnership d/b/a Verizon Wireless in the above-referenced case.

Dated: February 27, 2018.  SNELL & WILMER L.L.P.

By: */s/ Kelly H. Dove*
KELLY H. DOVE, ESQ.
Nevada Bar No. 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252

Frank C. Cimino, Jr. (Admitted Pro Hac Vice)
Megan S. Woodworth (Admitted Pro Hac Vice)
Venable LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344-4569
Facsimile: 202.344-8300

Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless

**O R D E R**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 2-28-2018

4822-7133-8334

- 2 -