UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP d/b/a/ VERIZON WIRELESS, *et al.,*<br><br>    Defendants. | Case No.: 2:16-CV-00271-RCJ-VCF<br><br>**ORDER SETTING STATUS CONFERENCE** |

The parties filed a Joint Status Report (ECF No. 39) informing the Court that the PTAB issued final written decisions on November 20, 2017. Defendants request the stay of this case be lifted and that Defendants' answer or other response to VoiP-Pal's Second Amended Complaint (ECF No. 10) be due thirty (30) days after an order of this Court lifting the stay of this case. Accordingly,

IT IS HEREBY ORDERED that a Status Conference is set for 11:45 A.M., Monday, April 9, 2018, in LAS VEGAS COURTROOM 4B, before Judge Robert C. Jones.

IT IS FURTHER ORDERED the parties shall jointly file a Status Report with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS FURTHER ORDERED that out-of-state counsel who request telephonic appearances shall file a Request to Appear Telephonically with the Court on or before 5:00 P.M., Friday, March 30, 2018.

IT IS SO ORDERED this 14th day of March, 2018.

_____
ROBERT C. JONES
Senior District Judge