**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP dba Verizon Wireless, <br>, <br><br> Defendant. | Case No. 2:16-cv-00271 (RCJ) (VCF) <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS** |

Before the Court is the Plaintiff VoIP-Pal's Unopposed Motion for Extension of Time to Respond to Defendant Verizon's Motion to Dismiss the Second Amended Complaint. After careful consideration, the Court finds good cause exists to grant the requested relief. Plaintiff VoIP-Pal's Unopposed Motion for Extension of Time to Respond to Defendant Verizon's Motion to Dismiss the Second Amended Complaint is GRANTED as follows:

1. Plaintiff VoIP-Pal shall have up to and including September 6, 2018 to respond to Defendant Verizon's Motion to Dismiss the Second Amended Complaint.

IT IS SO ORDERED this 20th day of August, 2018.

_____
Honorable Robert C. Jones
United States District Judge