Kelly H. Dove, Esq. (Nevada Bar No. 10569)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

Frank C. Cimino, Jr. (Admitted *Pro Hac Vice*)
Megan S. Woodworth (Admitted *Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344.4569
Facsimile: 202.344.8300
mswoodworth@venable.com
fccimino@venable.com

*Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a Verizon Wireless, <br><br> Defendant. | Case No. 2:16-cv-00271-RCJ-VCF <br><br> **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO VERIZON'S WIRELESS'S MOTION TO TRANSFER VENUE TO THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)** <br><br> **(FIRST REQUEST)** |

It is hereby stipulated by and between the parties, through their respective attorneys, that Defendant Cellco Partnership d/b/a Verizon Wireless's ("Verizon") time to file a reply to Plaintiff's Opposition to Verizon's Wireless's Motion to Transfer Venue to the Northern District of California Pursuant to 28 U.S.C. § 1404(a) (filed on August 31, 2018, Doc. 76) shall be extended from September 7, 2018 to **September 11, 2018.**

This is the first stipulation for extension of time filed by the parties for their respective motions. This Stipulation is filed in good faith and is not intended to cause delay.

Dated: September 4, 2018

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

/s/ Kevin N. Malek
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

Kevin N. Malek (Admitted Pro Hac Vice)
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

Attorneys for Plaintiff

Dated: September 5, 2018

SNELL & WILMER

/s/ Kelly H. Dove
Kelly H. Dove
Nevada Bar No. 10569
3883 Howard Hughes Pkwy # 1
Las Vegas, NV 89169
(702) 784-5200
kdove@swlaw.com

Frank C. Cimino, Jr. (Admitted Pro Hac Vice)
Megan S. Woodworth (Admitted Pro Hac Vice)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344-4569
Facsimile: 202.344-8300
mswoodworth@venable.com
fccimino@venable.com

Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 09-05-2018

4850-1074-6993

- 2 -