Kelly H. Dove, Esq. (Nevada Bar No. 10569)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
kdove@swlaw.com

Frank C. Cimino, Jr. (Admitted *Pro Hac Vice*)
Megan S. Woodworth (Admitted *Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344.4569
Facsimile: 202.344.8300
mswoodworth@venable.com
fccimino@venable.com

*Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> CELLCO PARTNERSHIP d/b/a Verizon Wireless, <br><br> Defendant. | Case No. 2:16-cv-00271-RCJ-VCF <br><br> **STIPULATION AND ORDER** |

Plaintiff VOIP-PAL.COM ("Plaintiff") and Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon") agree and stipulate as follows:

WHEREAS Plaintiff and Verizon filed a Stipulation and Order to Stay all Litigation Pending Motion to Change Venue (ECF No. 85) on September 19, 2018.

WHEREAS the Court has not yet issued an Order Staying All Litigation Pending Motion to Transfer (*see* ECF No. 72).

IT IS HEREBY STIPULATED THAT VERIZON's time to file a response to Plaintiff's Motion for Leave to File Voip-Pal's Third Amended Complaint (ECF No. 79), filed on September 6, 2018, shall be extended from September 20, 2018 to **September 27, 2018**, unless the litigation is otherwise stayed.

4815-9239-8707

This is the first stipulation for extension of time for VERIZON to file its response to both motions filed by the parties. This Stipulation is filed in good faith and is not intended to cause unnecessary delay.

Dated: September 20, 2018

ALVERSON, TAYLOR,
MORTENSEN & SANDERS

*/s/ Kevin N. Malek*
Kurt R. Bonds
Nevada Bar No. 6228
Adam R. Knecht
Nevada Bar No. 13166
7401 W. Charleston Boulevard
Las Vegas, NV 89117
(702) 384-7000
efile@alversontaylor.com

Kevin N. Malek (Admitted *Pro Hac Vice*)
MALEK MOSS PLLC
340 Madison Avenue, FL 19
New York, New York 10173
(212) 812-1491
kevin.malek@malekmoss.com

*Attorneys for Plaintiff*

Dated: September 20, 2018

SNELL & WILMER

*/s/ Kelly H. Dove*
Kelly H. Dove
Nevada Bar No. 10569
3883 Howard Hughes Pkwy # 1
Las Vegas, NV 89169
(702) 784-5200
kdove@swlaw.com

Frank C. Cimino, Jr. (Admitted *Pro Hac Vice*)
Megan S. Woodworth (Admitted *Pro Hac Vice*)
VENABLE LLP
600 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: 202.344-4569
Facsimile: 202.344-8300
mswoodworth@venable.com
fccimino@venable.com

*Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9-24-2018

- 2 -

4815-9239-8707